```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 05 B 28406
    ANITA THOMAS
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

           Debtor
    SSN XXX-XX-6176

-------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
      The case was filed on 07/18/2005 and was confirmed 10/03/2005.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

      The case was dismissed after confirmation 07/07/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                              PAID             PAID
-------------------------------------------------------------------------------
INTERNAL REVENUE SERVICE PRIORITY            2363.62          49.00          2363.62
INTERNAL REVENUE SERVICE NOTICE ONLY       NOT FILED            .00             .00
D PATRICK MULLARKEY       NOTICE ONLY      NOT FILED            .00             .00
INTERNAL REVENUE SERVICE NOTICE ONLY       NOT FILED            .00             .00
US ATTORNEYS OFFICE       NOTICE ONLY      NOT FILED            .00             .00
THOMAS HITCHCOCK & ASSOC PRIORITY          NOT FILED            .00             .00
RESURGENT ACQUISITION LL UNSEC W/INTER       3984.66         405.20          2122.70
ECAST SETTLEMENT CORP     UNSEC W/INTER     11500.87        1327.57          6126.78
ECAST SETTLEMENT CORP     UNSEC W/INTER      8979.70        1036.58          4783.68
RESURGENT ACQUISITION LL UNSEC W/INTER       4462.79         453.78          2377.44
ECAST SETTLEMENT CORP     UNSEC W/INTER       808.03          93.26           430.44
GEMB/WALMART              UNSEC W/INTER    NOT FILED            .00             .00
HEMATOLOGY ONCOLOGY ASSO UNSEC W/INTER     NOT FILED            .00             .00
ECAST SETTLEMENT CORP     UNSEC W/INTER     14949.65        1725.70          7964.03
INTERNAL REVENUE SERVICE UNSEC W/INTER        134.05          15.10            62.81
WOLIN-LEVIN INC           NOTICE ONLY      NOT FILED            .00             .00
THOMAS R HITCHCOCK        DEBTOR ATTY        1,664.50                        1,664.50
TOM VAUGHN                TRUSTEE                                            2,037.84
DEBTOR REFUND             REFUND                                                 9.97

        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                 35,050.00

PRIORITY                                          2,363.62
    INTEREST                                         49.00
SECURED                                                .00
UNSECURED                                        23,867.88
    INTEREST                                      5,057.19
ADMINISTRATIVE                                    1,664.50

                PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 05 B 28406 ANITA THOMAS
```

```
TRUSTEE COMPENSATION                                    2,037.84
DEBTOR REFUND                                               9.97
                                   ----------------  ----------------
TOTALS                                   35,050.00         35,050.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 01/28/09                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```